# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America </br> *Plaintiff* </br> v. </br> Seth Aaron Thornton </br> *Defendant* | ) </br> ) </br> ) Case No. 1:16-cr-246-CMH </br> ) </br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 11/03/2016

/s/
*Attorney's signature*

James E. Burke IV
*Printed name and bar number*

U.S. Attorney's Office (Alexandria)
2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

james.e.burke@usdoj.gov
*E-mail address*

(703) 299-3700
*Telephone number*

(703) 299-3980
*FAX number*