Date: 1/3/17    Judge: Hilton    Reporter: R. Montgomery
Time: 9:42 to 9:50    Interpreter:
                     Language:
                     Update Deadlines:
UNITED STATES of AMERICA    Prob. Copies:
       Vs.    PTS Copies:
             AUSA Copes:

Seth Aaron Thornton    1:16cr00246-001
Defendant's Name    Case Number


Jessica Carmichael and    Maya Song and
Yancy Ellis              Jim Burke
Counsel for Defendant    Counsel for Government

Matter called for:
( ) Motions          ( ) Setting Trial Date    (✓) Change of Plea Hrg.    ( ) Rule 35
( ) Arraignment      ( ) Appeal from USMC      ( ) Sentencing             ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.          ( ) Pre-Indictment Plea    ( ) Other:

Defendant appeared:    (✓) in person           ( ) failed to appear
                       (✓) with Counsel        ( ) without counsel        ( ) through counsel

Filed in open court:
( ) Criminal Information    (✓) Plea          (✓) Statement of Facts    ( ) Waiver of Indictment    ( ) Discovery Order
                             Agreement

Arraignment & Plea:
( ) WFA   ( ) FA   (✓) PG   ( ) PNG   Trial by Jury:   ( ) Demanded   ( ) Waived


Defendant entered Plea of Guilty as to Count(s) 1 of the Indictment   Plea Accepted (✓)
Motion for Dismissal of Count 2 of the Indictment (✓) by U.S.   ( ) by Deft.
(✓) Order entered in open court    ( ) Order to follow
Defendant directed to USPO for PSI:  (✓) Yes    ( ) No
Case continued to 3/24/17 at 9:00 for:  ( ) Jury Trial    ( ) Bench Trial    (✓) Sentencing

Consent Order of Forfeiture entered and filed in open court.
.
Bond Set at: $_____    ( ) Unsecured    ( ) Surety    ( ) Personal Recognizance
( ) Release Order Entered    ( ) Deft. Remanded    ( ) Deft. Released on Bond    (✓) Deft. Continued on Bond

Defendant is:  ( ) In Custody    ( ) Summons Issued    (✓) On Bond    ( ) Warrant Issued    ( ) 1st appearance